

**Daniel R. Alonso**
Partner
1133 Avenue of the Americas
Suite 3100
New York, NY  10036
T (212) 600-2340
dalonso@buckleyfirm.com

August 5, 2022

**<u>Via ECF</u>**

The Honorable Thomas J. McAvoy
United States District Judge
Northern District of New York
U.S. Courthouse and Federal Building
15 Henry Street
Binghamton, NY 13901

      Re:    *Doe v. Syracuse University*, No. 22 Civ. 644 (TJM/TWD)

Dear Judge McAvoy:

We represent defendant Syracuse University in the above-referenced action. We write to respectfully request an extension of time to answer or otherwise respond to plaintiff's complaint. Plaintiff's counsel has consented to this request.

This action seeks to challenge plaintiff's expulsion from Syracuse University following a sexual misconduct investigation. Plaintiff's 266-paragraph complaint asserts claims under Title IX, the New York State Human Rights Law, and state contract law. Defendant's current deadline to answer or otherwise respond to the complaint is August 22, 2022. In light of the breadth of the allegations in the complaint, as well as scheduling conflicts among counsel for defendant, we respectfully request a three-week extension of that deadline, to September 12, 2022.

This is defendant's first request for an extension of time.

Thank you for your consideration of this request.

          Respectfully submitted,

          /s/ Daniel R. Alonso
          Daniel R. Alonso

cc:    All counsel of record (by ECF)

WASHINGTON, DC    LOS ANGELES    SAN FRANCISCO    NEW YORK    CHICAGO    LONDON