UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

          Plaintiff,

-against-

SYRACUSE UNIVERSITY,

          Defendant.

Civil Action No: 5:22-cv-00644

---

## JOINT STATUS REPORT

In accordance with the Court's August 17, 2023 Order (ECF No. 40), the parties respectfully submit this joint status report to update the Court on the following issues: (i) whether Rule 33 and 34 requests have been timely served and responded to; (ii) whether mediation has been scheduled; (iii) the status of discovery and any discovery issues; and (iv) whether any depositions have been scheduled.

A.    <u>Rule 33 and 34 Requests</u>

The parties timely served initial document requests and interrogatories on September 15, 2023, and each party served written responses and objections on October 30, 2023.

B.    <u>Mediation</u>

The parties have had discussions regarding the selection of a mediator and dates for the mediation. The process, however, is taking slightly longer than the parties expected. As such, the parties respectfully request that the deadline to select a mediator, schedule the mediation, and file the stipulation regarding selection be extended by two weeks to **December 15, 2023**.

C. Status of Discovery

As described above, the parties have exchanged and responded to written document requests and interrogatories and are in the process of beginning rolling productions of documents. The parties except to substantially complete document production before the scheduled mediation.

D. Depositions

The parties have not yet scheduled any depositions, but expect to do so once the parties have commenced their document productions.

\* \* \*

The parties thank the Court for its attention to this matter.

Dated: December 1, 2023                                        Respectfully submitted,

| NESENOFF & MILTENBERG, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By:   /s/  Andrew Miltenberg | By:   /s/ Daniel R. Alonso |
| Andrew T. Miltenberg, Esq.<br>Stuart Bernstein, Esq.<br>Kristen Mohr, Esq.<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>(212) 736-4500<br>amiltenberg@nmllplaw.com<br>sbernstein@nmllplaw.com<br>kmohr@nmllplaw.com<br><br>*Attorneys for Plaintiff* | Daniel R. Alonso<br>Brian J. Wegrzyn (*pro hac vice*)<br>51 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 506-5000<br>dalonso@orrick.com<br>bwegrzyn@orrick.com<br><br>*Attorneys for Defendant Syracuse University* |

2