

**Orrick, Herrington & Sutcliffe LLP**
51 W. 52nd Street
New York, NY 10019

+1 212 506 5000
**orrick.com**

**Brian J. Wegrzyn**
Counsel

E bwegrzyn@orrick.com
T +1 212 600 2395

December 15, 2023

**Via ECF**
The Honorable Thérèse Wiley Dancks
United States Magistrate Judge
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

Re: *Doe v. Syracuse University*, No. 22 Civ. 644 (TJM/TWD)

Dear Judge Dancks:

      We represent defendant Syracuse University in the above-referenced action. We respectfully submit this joint letter on behalf of both parties regarding the December 15, 2023 deadline for the parties to select a mediator and file a stipulation regarding the selection of a mediator. (*See* ECF No. 45.) The parties have conferred in good faith and have agreed on a mediator and a date for the mediation, but are awaiting confirmation from the mediator's office regarding the scheduling of the mediation session. As such, the parties respectfully request that the deadline to select a mediator and file the related stipulation be extended for one additional week, until December 22, 2023.

      We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Brian J. Wegrzyn*
Brian J. Wegrzyn

cc: All counsel of record (by ECF)